## Case No. 2,351.

### CAMPBELL v. AYSHIRE.

[Nowhere reported; opinion not now accessible.]